# Court of Appeals
# of the State of Georgia

ATLANTA, July 14, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0413.  DE'CARLOS BOBBY BUTLER v. THE STATE.**

In 2011, De'Carlos Bobby Butler pleaded guilty to aggravated assault and was sentenced as a first offender to eight years, to serve the first eighteen months in confinement and the remainder on probation. Since then, the trial court has twice revoked Butler's probation and twice modified his sentence, resulting in a present sentence of twenty years, to serve the first six in confinement and the remainder on probation. In 2016, Butler filed a motion seeking to have his sentence modified again and asserting that his sentence is void. In June 2019, the trial court entered an order denying Butler's motion. In April 2020, Butler filed an application for discretionary appeal in the Supreme Court,[1] which transferred the matter here upon finding no basis for subject matter jurisdiction there. See *Butler v. State*, Case No. S20D1126 (May 14, 2020). Because the application was not timely filed, we also lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d); see *In the Interest of B. R. F.*, 299 Ga. 294, 296 (788 SE2d 416) (2016) ("A discretionary application seeking appellate review of an order terminating parental rights must be filed with the clerk of the appellate court within 30 days of entry of the termination order."). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an

---

[1] Although Butler captioned his initial filing in the Supreme Court as an application for interlocutory appeal, the Court docketed it as an application for discretionary appeal. Butler also filed several amendments and supplements to the application, one of which was captioned as an application for discretionary appeal.

application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Butler's application was filed in the Supreme Court nearly ten months after entry of the order he wishes to appeal. Thus, the application is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/14/2020__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*